IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEONARD DIXON, JR., :

    Petitioner, :     Case No. 3:03cv00254

vs. :     District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

JESSE WILLIAMS, Warden, :
Allen Correctional Institution,
     :
    Respondent.
     :

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON OCTOBER 11, 2005 (Doc. #11); DENYING PETITIONER'S MOTION FOR LEAVE TO SUPPLEMENT HABEAS CORPUS PETITION (Doc. #9); DENYING AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS; DENYING A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

    The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1.     The Report and Recommendations filed on October 11, 2005 (Doc. #11) is ADOPTED in full;

2.     Petitioner's Motion for Leave to Supplement Habeas Corpus Petition (Doc. #9) is DENIED;

3.     Johnny M. Dunn's Petition for a Writ of Habeas Corpus (Doc. #2) is DENIED and DISMISSED;

4. Petitioner is not granted a certificate of appealability under 28 U.S.C. §2253(c)(1); and

5. The case is terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge